ORIGINAL

RECEIVED OVER THE COUNTER
JAN 17 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-39 C 5:00pm

Plaintiff(s) or Petitioner(s)
Chapman Law Firm Co.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): James S. DelSordo

Firm Name: Argus Legal, LLC

Post Office Box:

Street Address: 9255 Center St., Suite 307

City-State-Zip: Manassas, VA 20110

Telephone & Facsimile Numbers: (703) 368-8770, fax (703) 368-8772

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 8
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H U D
See attached sheet for three-digit codes.

Amount Claimed: $ 50,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 20,000,000.00
Is plaintiff a small business? ■ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.