ORIGINAL 08-39 C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 17 2008
U.S. COURT OF FEDERAL CLAIMS

CHAPMAN LAW FIRM CO.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. ______________
**BID PROTEST**

**MOTION FOR PRELIMINARY INJUNCTION**

**COMES NOW** the Chapman Law Firm Co. ("CLF"), by and through undersigned counsel, and hereby files this Motion for Preliminary Injunction under Fed. R. Civ. P. 65(a) and the Rules of the United States Court of Federal Claims. As more fully described in the Memorandum in Support of CLF's Motion for Preliminary Injunction, filed concurrently herewith, the Court should enjoin the United States Department of Housing and Urban Development ("HUD") because of that agency's failure, in the context of HUD's Request for Proposals for Single Family Home Marketing & Management ("M&M") Services in Ohio and Michigan, to comply with the requirements of the Competition in Contracting Act ("CICA"), 41 U.S.C. § 253 and ¶ H.2, Option to Increase the Geographic Service Area, of the existing M&M contracts. Specifically, HUD's proposed procurement is defective because the agency has restricted the competition to a few current M&M contractors excluding CLF among others. HUD's exclusion of CLF is arbitrary and capricious and is based on fallacious information concerning CLF's performance as the incumbent contractor for the services sought in this

procurement. Also HUD has not properly justified this limitation on competition and any need for the restricted competition is based on HUD's failure to properly plan for or manage these services. Furthermore, ¶ H.2 requires that any M&M contractor that takes over another contractor's service areas must perform those services at the price proposed by the existing contractor for that area. Despite this restriction and in violation of the M&M contract HUD is seeking new pricing proposals from the limited offeror pool.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order immediately enjoining the Government from taking the actions described above or in the alternative enjoining HUD from conducting a competition for these services without including CLF.

Respectfully submitted,

Date: 1/17/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Chapman Law Firm Co.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2008, a copy of the foregoing Motion for Preliminary Injunction was served by electronic mail on:

Counsel for HUD, Richard Marchese, Esq., U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, Philadelphia, Pennsylvania 19107-3380;

Counsel for the United States Lauren Moore, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530; and

Maureen Musilli, Contracting Officer, U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, Philadelphia, Pennsylvania 19107-3380.

James S. DelSordo