ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JAN 17 2008
U.S. COURT OF FEDERAL CLAIMS

CHAPMAN LAW FIRM CO.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 08-39 C
**BID PROTEST**

## NOTICE OF DIRECTLY CASES

**COMES NOW** the Chapman Law Firm Co. ("CLF"), by and through undersigned counsel, and in accordance with RCFC 40.2 hereby files this Notice of Directly Related Cases. Plaintiff believes that the following cases fall within the definition of directly related case as set forth in RCFC 40.2(a)(1) because this case involves the same parties and are based on similar claims and this case involves the same procurement or contract:

> Chapman Law Firm Co. v. United States, 72 Fed. Cl. 14 (2007) (Wheeler, J.) (Appeal from Small Business Administration Office of Hearing and Appeals concerning size determination relating to offeror for procurement) [Chapman I];
> Chapman Law Firm Co. v. United States, 71 Fed. Cl. 124 (2007) (Wheeler, J.) (Protest concerning HUD's attempt to cancel solicitation and conduct new limited competition) [Chapman II]; and
> Greenleaf Construction Co., Inc. v. United States, 67 Fed. Cl. 350 (2005) (Bruggink, J.) (Protest by Greenleaf of its exclusion from competition for M&M contract).

Because Judge Wheeler has the most recent experience with this matter and it appears that HUD is following a similar course of conduct that was at issue in Chapman II, it would appear to make sense and promote judicial efficiency to assign this matter to Judge Wheeler's chambers.

Respectfully submitted,

Date: 1/17/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Chapman Law Firm Co.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2008, a copy of the foregoing Notice of Directly Related Cases was served by electronic mail on:

Counsel for HUD, Richard Marchese, Esq., U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, Philadelphia, Pennsylvania 19107-3380;

Counsel for the United States Lauren Moore, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530; and

Maureen Musilli, Contracting Officer, U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, Philadelphia, Pennsylvania 19107-3380.

James S. DelSordo