ORIGINAL

08-39 C

# DISCLOSURE STATEMENT UNDER RCFC 7.1

In accordance with RCFC 7.1 undersigned counsel for Plaintiff Chapman Law Firm Co. certifies that the Plaintiff is a nongovernmental corporation. The Plaintiff has no parent corporation and no publicly held corporation owns 10% ~~or more of~~ its stock.

James S. DelSordo

FILED
JAN 17 2008
U.S. COURT OF FEDERAL CLAIMS