IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

CHAPMAN LAW FIRM, CO, )
)
Plaintiff, )
) No. 08-39C
v. ) (Judge Wheeler)
)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lauren S. Moore as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lauren S. Moore
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Lauren S. Moore
LAUREN S. MOORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0333
Facsimile: (202) 514-8640
Email: Lauren.Moore@usdoj.gov

January 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2008, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. The parties may access this filing through the Court’s system.

s/Lauren S. Moore