# In the United States Court of Federal Claims

No. 08-39C
(Filed: January 18, 2008)

```
**************************************** *
                                         *
CHAPMAN LAW FIRM CO.,                    *
                                         *
                    Plaintiff,           *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

On January 18, 2008, the Court conducted a telephonic conference call on the record with counsel for the parties. After reviewing Plaintiff's January 17, 2008 pleadings and considering the parties' positions, Plaintiff's application for a temporary restraining order is DENIED. With the assistance and agreement of counsel, the Court established the following schedule for future proceedings pursuant to Rule 52.1:

1. Defendant shall file a limited administrative record and an accompanying motion with the Court on or before January 25, 2008;

2. Plaintiff shall file its response to Defendant's motion on or before January 29, 2008; and

3. The Court shall conduct a telephonic status conference with the parties on January 31, 2008 at 10:00 AM. As agreed by agency counsel, the Department of Housing & Urban Development ("HUD") shall not issue any of the contemplated Ohio and Michigan modifications to the existing Marketing & Management ("M&M") contracts until after the Court's January 31, 2008 conference call.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge