IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHAPMAN LAW FIRM CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 08-39C<br>**BID PROTEST**<br>(Judge Wheeler) |

**MOTION TO WITHDRAW AMENDED COMPLAINT**

**COMES NOW** the Plaintiff Chapman Law Firm Co. ("CLF"), by and through undersigned counsel, and hereby files this Motion to Withdraw Plaintiff's Amended Complaint in this matter. As discussed in the conference call between the Court and the parties in this matter on January 31, 2008, the matters raised in CLF's Amended Complaint, specifically in ¶¶ 33-37, 49-59 of the pleading, are more appropriately addressed and resolved in a claim advanced under the Contract Disputes Act, 41 U.S.C. §§ 601 – 611. Counsel for CLF has discussed this matter with Counsel for the Government and the Government does not oppose the requested relief.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order withdrawing CLF's Amended Complaint.

Respectfully submitted,

Date: 2/11/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Chapman Law Firm Co.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February 2008, a copy of the foregoing Plaintiff's Motion to Withdraw its Amended Complaint was served by electronic mail on Counsel for the United States Lauren Moore, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530.

James S. DelSordo