# In the United States Court of Federal Claims

No. 08-39C

(Filed: February 12, 2008)

```
************************************* *
                                      *
CHAPMAN LAW FIRM CO.,                 *
                                      *
                  Plaintiff,          *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                  Defendant.          *
                                      *
************************************* *
```

ORDER

On January 31, 2008, Plaintiff filed a motion for leave to amend its January 17, 2008 Complaint. The Court granted Plaintiff's motion on February 4, 2008. On February 11, 2008, Plaintiff filed a motion to withdraw its Amended Complaint because the additional matters raised in the Amended Complaint "are more appropriately addressed and resolved in a claim advance under the Contracts Disputes Act, 41 U.S.C. §§ 601-611." For good cause shown, Plaintiff's motion is GRANTED and Plaintiff's Amended Complaint is DISMISSED without prejudice. This Order shall have no effect on Plaintiff's original January 17, 2008 Complaint or the parties' pending cross-motions for judgment on the administrative record.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge