# In the United States Court of Federal Claims

**No. 08-39 C**

**CHAPMAN LAW FIRM CO.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed March 25, 2008, granting Defendant's motion for judgment on the administrative record, and denying Plaintiff's cross-motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed, with prejudice. No costs.

John S. Buckley
Acting Clerk of Court

**March 26, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.